John BRANHAM, Movant, v. COMMON-
WEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.
Dec. 21, 1951.

H. R. Burke, Prestonsburg, for appellant.

A. E. Funk, Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Appeal denied. Judgment affirmed.

COMBS, J., not sitting.